NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LESLIE SAM WALKER, DOC #T19843,       )
                                      )
          Appellant,                  )
                                      )
v.                                    )       Case Nos. 2D17-4095
                                      )                 2D17-4098
STATE OF FLORIDA,                     )                 2D17-4099
                                      )                 2D17-4206
          Appellee.                   )       CONSOLIDATED
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.